UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTIS SHEELY,

    Plaintiff,

v.                                                                             Case No. 3:16cv573-MCR-CJK

JULIE JONES, et al.,

    Defendants.
_____/

ORDER and
REPORT AND RECOMMENDATION

On October 24, 2016, the clerk of court received a civil rights complaint (doc. 1) and motion to proceed *in forma pauperis* (doc. 2) purportedly filed by Therence Crooks on behalf of Curtis Sheely. Both individuals were confined at Santa Rosa Correctional Institution in Milton, Florida. After the court directed Mr. Sheely to correct the deficiencies in the motion to proceed *in forma pauperis* (doc. 5), the clerk received a letter from Mr. Sheely (doc. 6). The letter states:

> I am requesting a copy of the civil rights complaint that someone unknown filed with your office on my behalf. Whatever has been filed with you under case number 3:16cv573-MCR/CJK please cancel it and close that complaint. Mr. Sheely is a blind prisoner and can not read or write due to his disabilities. He did not authorize anyone to file anything new with your court. Please provide him with the cancellation receipt. Thank you.

Because Mr. Sheely did not authorize the filing of this case and he requests that it be closed, the court will construe the letter as a notice of voluntary dismissal.

Accordingly, it is ORDERED:

1. The clerk is directed to mail a double-sided copy of the complaint (doc. 1) to Mr. Sheely.

And it is respectfully RECOMMENDED:

1. That this action be DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 14th day of August, 2017.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.